An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM BRUEGGEMANN A/K/A ADAM RAY BRUEGGEMANN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62652

FILED

MAR 01 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to dismiss counsel and appoint alternate counsel. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such an order. See Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. James M. Bixler, District Judge
      Adam Brueggemann
      Anthony M. Goldstein
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-06379